IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VERONICA VILLARREAL,<br><br>Plaintiff,<br><br>v.<br><br>HUNTER WARFIELD INC.,<br><br>Defendant. | Case No. 4:19-cv-04113<br><br>Honorable David Hittner<br><br>Honorable Peter Bray<br>Magistrate Judge |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that VERONICA VILLARREAL (the "Plaintiff") and HUNTER WARFIELD INC. (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: May 6, 2020

Respectfully submitted,

**VERONICA VILLARREAL**

By: */s/ Mohammed Badwan*

Mohammed Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com