United States District Court
Southern District of Texas
**ENTERED**
June 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Veronica Villarreal, | § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.   H-19-4113 |
| | § | |
| Hunter Warfield Inc., | § § | |
| Defendants. | § | |

ORDER

Pursuant to the Stipulation of Dismissal With Prejudice filed on June 2, 2020 the above referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

Signed this __3__ day of June, 2020.

DAVID HITTNER
United States District Judge